**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

VERNON STOVER                                                      PLAINTIFF

V.                          Case No. 04-5280

SHERIFF KEITH FERGUSON, CAPT. HUNTER PETRAY,
MAJOR GENE DRAKE; LT. PAUL CARTER;
NEIL MULLINS, M.D., and SUE MCDONALD                   DEFENDANTS

## ORDER

Now pending before the Court is defendants' Motion to Withdraw their motion for an order compelling the plaintiff to respond to discovery requests. Defendants state they have received plaintiff's discovery responses and, thus, the prior motion requesting an order to compel is now moot.

For the reasons stated by the defendants, their motion to withdraw is GRANTED, and the motion for an order compelling responses to discovery is dismissed as moot.

IT IS SO ORDERED this 1st day of September 2005.


                                               /s/Beverly Stites Jones
                                               HON. BEVERLY STITES JONES
                                               UNITED STATES MAGISTRATE JUDGE