IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


VERNON R. STOVER                                              PLAINTIFF

v.                          Civil No.04-5280

SHERIFF KEITH FERGUSON, CAPTAIN
HUNTER PETRAY, MAJOR GENE DRAKE,
LOT. PAUL CARTER, DR. MULLINS and
NURSE MCDONALD                                               DEFENDANT

<u>O R D E R</u>

Now on this 26th day of June, 2006, comes on for
consideration the **Magistrate Judge's Report and Recommendation**
(document #44), in this matter, to which no objections have been
made, and the Court, having carefully reviewed said Report and
Recommendation, finds that it is sound in all respects, and that
it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report
and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the
Magistrate Judge's Report and Recommendation, defendants' Motion
for Summary Judgment is hereby **granted and this case is dismissed
with prejudice.**


                                    /s/Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE